UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDER SOTO,                                :
                                               :
                      Petitioner,       :
                                               :
              - against -                 :       16-CV-0820 (MKB)
                                               :
SOUTH BEACH PSYCHIATRIC CENTER,                :
                                               :
                      Respondent.       :
------------------------------------------------------------x


# THE STATE COURT RECORD


ERIC T. SCHNEIDERMAN
Attorney General of the
State of New York
Attorney for Respondents
120 Broadway
New York, New York 10271
(212) 416-8737


MICHELLE MAEROV
PRISCILLA STEWARD
 Assistant Attorneys General
     Of Counsel

September 22, 2016

Petition of the South Beach Psychiatric Facility ............................................. SR 1-16*

Decision and Order of the Richmond County Supreme Court ....................... SR 17-20*

Petitioner's Notice of Appeal and Motion for Poor Person's Relief ................. SR 21-31

Decision of the Appellate Division ................................................................ SR 32-33

Inpatient Discharge Summary Report ............................................................ SR 34-37*

---

* Pages 1-19 and Pages 34-37 are being filed with the Court under seal pursuant to an order of this Court dated September 22, 2016.

*6 mos. Ret. (21) eff. 3/24/16*
*expires 9/23/16 (SH)*

\# 107420
Adm 12/18/15
(H. Miraj)

At a Special Term, Part VIIA of the Supreme Court, held in and for the County of Richmond, State of New York on the 24 day of March, 2016

## COURT ORDER OF RETENTION OR RELEASE

Present: Hon. Judge **Hon. Orlando Marrazzo**

**DUPLICATE ORIGINAL**

ORDER OF RETENTION
***WITHOUT**/ *AFTER HEARING

In the Matter of the
Application for the Hospitalization of

Index No. 3032/16

Soto, Alexander
An Alleged Mentally Ill Patient

An application for the hospitalization of the above named patient, dated **February 11**, 2016, having been made by South Beach Psychiatric Center, notice of which was duly served pursuant to Mental Hygiene Law upon all persons entitled thereto and a request for a hearing *(not having been made) *(having been made, and a hearing having been held before me on the 24 day of March, 2016, in the presence of the above named patient, ~~his counsel~~, **Pro se**, ~~Esq., a representative of the Mental Hygiene Legal Service~~), and said application and exhibits annexed thereto and a report of the Mental Hygiene Legal Service having been read and filed and due deliberation having been had,

NOW, upon the facts presented and the testimony taken before me, it is hereby

### ORDER FOR RETENTION

**ORDERED**, that the above named person is found to be mentally ill and in need of further care and treatment not to exceed _____ **6 months** _____, and that the above named patient be retained at South Beach Psychiatric Center for such care and treatment until **September 23, 2016**

### ORDER FOR RELEASE

~~ORDERED, that the above named patient should be released for the following reasons:~~

Enter:

/s/ J.S.C.
Hon. Orlando Marrazzo

*Strike out if inapplicable

SR 020

Supreme Court of the State of New York
County of Kings

South Beach Psychiatric Center

vs.

Alexander Soto
Patient No. 107420
Date of Birth 08/06/1968

RICHMOND COUNTY CLERK
2016 JUL -8 P 2:33
Appeal

PLEASE TAKE NOTICE that Alexander Soto hereby appeals to the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, from a Order in Index No. 003032/2016 of the Supreme Court of New York, Richmond County, dated Thursday March 24, 2016

Dated: Richmond County, New York
Thursday March 31, 2016

Yours etc,

TO: NYS Attorney General
120 Broadway, 25th Fl
New York, NY 10271-0332

Court Clerk
Richmond County Supreme Court
26 Central Avenue
Staten Island, NY 10301

Alexander Soto
Alexander Soto
South Beach Psychiatric Center
Patient No. 107420 - Building 6 - Baltic
777 Seaview Avenue
Staten Island, NY 10305

patient phones
(718) 668-8124
(718) 668-8114

Reginald Paul, Social worker
(718) 667-2419

South Beach Psychiatric Center
General phone number
(718) 667-2300

personal
email: lxndr.soto@gmail.com

**SR 021**

**Supreme Court of the State of New York**
**Appellate Division : Second Judicial Department**

3032/16

# Form A - Request for Appellate Division Intervention - Civil

See § 670.3 of the rules of this court for directions on the use of this form (22 NYCRR 670.3).

**Case Title:** Set forth the title of the case as it appears on the summons, notice of petition or order to show cause by which the matter was or is to be commenced, or as amended.

South Beach Psychiatric Center

v.

Alexander Soto

**For Court of Original Instance**

**Date Notice of Appeal Filed**

**For Appellate Division**

| Case Type | | Filing Type | |
|---|---|---|---|
| ☒ Civil Action | ☐ CPLR article 78 Proceeding | ☒ Appeal | ☐ Transferred Proceeding |
| ☐ CPLR article 75 Arbitration | ☐ Special Proceeding Other | ☐ Original Proceeding | ☐ CPLR 5704 Review |
| | ☐ Habeas Corpus Proceeding | | |

**Nature of Suit:** Check up to five of the following categories which best reflect the nature of the case.

| A. Administrative Review | D. Domestic Relations | F. Prisoners | I. Torts |
|---|---|---|---|
| ☐ 1 Freedom of Information Law | ☐ 1 Adoption | ☐ 1 Discipline | ☐ 1 Assault, Battery, False Imprisonment |
| ☒ 2 Human Rights | ☐ 2 Attorney's Fees | ☐ 2 Jail Time Calculation | ☐ 2 Conversion |
| ☐ 3 Licenses | ☐ 3 Children - Support | ☐ 3 Parole | ☐ 3 Defamation |
| ☐ 4 Public Employment | ☐ 4 Children - Custody/Visitation | ☐ 4 Other | ☐ 4 Fraud |
| ☐ 5 Social Services | ☐ 5 Children - Terminate Parental Rights | **G. Real Property** | ☐ 5 Intentional Infliction of Emotional Distress |
| ☐ 6 Other | ☐ 6 Children - Abuse/Neglect | ☐ 1 Condemnation | ☐ 6 Interference with Contract |
| **B. Business & Other Relationships** | ☐ 7 Children - JD/PINS | ☐ 2 Determine Title | ☐ 7 Malicious Prosecution/Abuse of Process |
| ☐ 1 Partnership/Joint Venture | ☐ 8 Equitable Distribution | ☐ 3 Easements | ☐ 8 Malpractice |
| ☐ 2 Business | ☐ 9 Exclusive Occupancy of Residence | ☐ 4 Environmental | ☐ 9 Negligence |
| ☐ 3 Religious | ☐ 10 Expert's Fees | ☐ 5 Liens | ☐ 10 Nuisance |
| ☐ 4 Not-for-Profit | ☐ 11 Maintenance/Alimony | ☐ 6 Mortgages | ☐ 11 Products Liability |
| ☐ 5 Other | ☐ 12 Marital Status | ☐ 7 Partition | ☐ 12 Strict Liability |
| **C. Contracts** | ☐ 13 Paternity | ☐ 8 Rent | ☐ 13 Trespass and/or Waste |
| ☐ 1 Brokerage | ☐ 14 Spousal Support | ☐ 9 Taxation | ☐ 14 Other |
| ☐ 2 Commercial Paper | ☐ 15 Other | ☐ 10 Zoning | |
| ☐ 3 Construction | | ☐ 11 Other | |
| ☐ 4 Employment | **E. Miscellaneous** | **H. Statutory** | **J. Wills & Estates** |
| ☐ 5 Insurance | ☐ 1 Constructive Trust | ☐ 1 City of Mount Vernon Charter §§ 120, 127-f, or 129 | ☐ 1 Accounting |
| ☐ 6 Real Property | ☐ 2 Debtor & Creditor | | ☐ 2 Discovery |
| ☐ 7 Sales | ☐ 3 Declaratory Judgment | | ☐ 3 Probate/Administration |
| ☐ 8 Secured | ☐ 4 Election Law | ☐ 2 Eminent Domain Procedure Law § 207 | ☐ 4 Trusts |
| ☐ 9 Other | ☐ 5 Notice of Claim | | ☐ 5 Other |
| | ☐ 6 Other | ☐ 3 General Municipal Law § 712 | |
| | | ☐ 4 Labor Law § 220 | |
| | | ☐ 5 Public Service Law §§ 128 or 170 | |
| | | ☐ 6 Other | |

Form A - RADI - Civil

V2.0.060293

## Appeal

Paper Appealed From (check one only):
- ☐ Amended Decree
- ☐ Amended Judgment
- ☐ Amended Order
- ☐ Decision
- ☐ Decree
- ☐ Determination
- ☐ Finding
- ☐ Interlocutory Decree
- ☐ Interlocutory Judgment
- ☐ Judgment
- ☒ Order
- ☐ Order & Judgment
- ☐ Partial Decree
- ☐ Resettled Decree
- ☐ Resettled Judgment
- ☐ Resettled Order
- ☐ Ruling
- ☐ Other (specify):

Court: Supreme Court of NYS – Richmond County    County: Richmond County
Dated:    Entered:
Judge (name in full):    Index No.: 003032/2016
Stage: ☐ Interlocutory  ☒ Final  ☐ Post-Final    Trial: ☒ Yes  ☐ No   If Yes: ☐ Jury  ☒ Non-Jury

### Prior Unperfected Appeal Information

Are any unperfected appeals pending in this case? ☐ Yes ☒ No. If yes, do you intend to perfect the appeal or appeals covered by the annexed notice of appeal with the prior appeals? ☐ Yes ☐ No. Set forth the Appellate Division Cause Number(s) of any prior, pending, unperfected appeals:

### Original Proceeding

Commenced by: ☒ Order to Show Cause  ☐ Notice of Petition  ☐ Writ of Habeas Corpus    Date Filed:
Statute authorizing commencement of proceeding in the Appellate Division:

### Proceeding Transferred Pursuant to CPLR 7804(g)

Court:    County:
Judge (name in full):    Order of Transfer Date:

### CPLR 5704 Review of Ex Parte Order

Court:    County:
Judge (name in full):    Dated:

### Description of Appeal, Proceeding or Application and Statement of Issues

Description: If an appeal, briefly describe the paper appealed from. If the appeal is from an order, specify the relief requested and whether the motion was granted or denied. If an original proceeding commenced in this court or transferred pursuant to CPLR 7804(g), briefly describe the object of the proceeding. If an application under CPLR 5704, briefly describe the nature of the ex parte order to be reviewed.

Amount: If an appeal is from a money judgment, specify the amount awarded.
Issues: Specify the issues proposed to be raised on the appeal, proceeding, or application for CPLR 5704 review.

1. Constitutional Rights – Due Process
2. ~~[struck out]~~
2. Constitutional Rights – General Public banned from proceeding, then Queens District Attorney, Richard Brown, himself presided over this case, kept interrupting my testimony, then signed a 6 month order of commitment, without allowing me to present my case.

Did the court violate petitioners constitutional rights?

**Issues Continued:**

Use Form B for Additional Appeal Information

## Party Information

**Instructions:** Fill in the name of each party to the action or proceeding, one name per line. If this form is to be filed for an appeal, indicate the status of the party in the court of original instance and his, her, or its status in this court, if any. If this form is to be filed for a proceeding commenced in this court, fill in only the party's name and his, her, or its status in this court.

Examples of a party's original status include: plaintiff, defendant, petitioner, respondent, claimant, defendant third-party plaintiff, third-party defendant, and intervenor. Examples of a party's Appellate Division status include: appellant, respondent, appellant-respondent, respondent-appellant, petitioner, and intervenor.

| No. | Party Name | Original Status | Appellate Division Status |
|---|---|---|---|
| 1 | South Beach Psychiatric Center | Petitioner | Respondent |
| 2 | Alexander Soto | Respondent | Petitioner |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

**SR 024**

## Attorney Information

**Instructions:** Fill in the names of the attorneys or firms of attorneys for the respective parties. If this form is to be filed with the notice of petition or order to show cause by which a special proceeding is to be commenced in the Appellate Division, only the name of the attorney for the petitioner need be provided. In the event that a litigant represents herself or himself, the box marked "Pro Se" must be checked and the appropriate information for that litigant must be supplied in the spaces provided.

Attorney/Firm Name: **NYS Attorney General**
Address: **120 Broadway, 25th Fl**
City: **New York**   State: **NY**   Zip: **10271-0332**   Telephone No.:
Attorney Type: ☐ Retained   ☐ Assigned   ☒ Government   ☐ Pro Se   ☐ Pro Hac Vice
Party or Parties Represented (set forth party number[s] from table above or from Form C): **South Beach**

Attorney/Firm Name: **Alexander Soto   Patient # 107420**
Address: **777 Seaview Avenue**
City: **Staten Island**   State: **NY**   Zip: **10305**   Telephone No.:
Attorney Type: ☐ Retained   ☐ Assigned   ☐ Government   ☒ Pro Se   ☐ Pro Hac Vice
Party or Parties Represented (set forth party number[s] from table above or from Form C): **AlexanderS**

Attorney/Firm Name:
Address:
City:   State:   Zip:   Telephone No.:
Attorney Type: ☐ Retained   ☐ Assigned   ☐ Government   ☐ Pro Se   ☐ Pro Hac Vice
Party or Parties Represented (set forth party number[s] from table above or from Form C):

Attorney/Firm Name:
Address:
City:   State:   Zip:   Telephone No.:
Attorney Type: ☐ Retained   ☐ Assigned   ☐ Government   ☐ Pro Se   ☐ Pro Hac Vice
Party or Parties Represented (set forth party number[s] from table above or from Form C):

Attorney/Firm Name:
Address:
City:   State:   Zip:   Telephone No.:
Attorney Type: ☐ Retained   ☐ Assigned   ☐ Government   ☐ Pro Se   ☐ Pro Hac Vice
Party or Parties Represented (set forth party number[s] from table above or from Form C):

Attorney/Firm Name:
Address:
City:   State:   Zip:   Telephone No.:
Attorney Type: ☐ Retained   ☐ Assigned   ☐ Government   ☐ Pro Se   ☐ Pro Hac Vice
Party or Parties Represented (set forth party number[s] from table above or from Form C):

**Use Form C for Additional Party and/or Attorney Information**

The use of this form is explained in § 670.3 of the rules of the Appellate Division, Second Department (22 NYCRR 670.3). If this form is to be filed for an appeal, place the required papers in the following order: (1) the Request for Appellate Division Intervention [Form A, this document], (2) any required Additional Appeal Information Forms [Form B], (3) any required Additional Party and Attorney Information Forms [Form C], (4) the notice of appeal or order granting leave to appeal, (5) a copy of the paper or papers from which the appeal or appeals covered in the notice of appeal or order granting leave to appeal is or are taken, and (6) a copy of the decision or decisions of the court of original instance, if any.

Supreme Court of the State of New York
County of Kings

South Beach Psychiatric Center

vs.

Alexander Soto
NYSID No. 08040366Q
Patient No. 107420

Notice of Appeal

Index No.

PLEASE TAKE NOTICE that Alexander Soto hereby appeals to the Appellate Division of the State of New York, Second Judicial Department, from a Order in Index No. 003032/2016 of the Supreme Court of the State of New York, Richmond County, dated March 24, 2016

Dated: Wensday May 25, 2016
Richmond County, New Yorks

TO: NYS Attorney General
120 Broadway
25th Floor
New York, NY 10271-0332

Supreme Court of the State of
New York, Richmond County
26 Central Avenue
Staten Island, NY 10301

*Alexander Soto* (signature)
Alexander Soto
South Beach Psychiatric Center
Patient No. 107420-Building 6-Balti
777 Seaview Avenue
Staten Island, NY 10305

patient phones
(718) 668-8124
(718) 668-8114

Social Worker
Reginald Paul
(718) 667-2419

South Beach Psychiatric Center
General Number
(718) 667-2300

personal email
lxndrisoto@gmail.com

SR 026

At a Special Term, Part VIIA of the Supreme Court, held in and for the County of Richmond, State of New York on the 24 day of March, 2016

**COURT ORDER OF RETENTION OR RELEASE**

**Present: Hon. Judge** Hon. Orlando Marrazzo

**DUPLICATE ORIGINAL**

ORDER OF RETENTION
*~~WITHOUT~~/ *AFTER HEARING

In the Matter of the Application for the Hospitalization of

Index No. 3032/16

Soto, Alexander
An Alleged Mentally Ill Patient

An application for the hospitalization of the above named patient, dated February 11, 2016, having been made by South Beach Psychiatric Center, notice of which was duly served pursuant to Mental Hygiene Law upon all persons entitled thereto and a request for a hearing *(~~not having been made~~) *(having been made, and a hearing having been held before me on the 24 day of March, 2016, in the presence of the above named patient, ~~his counsel~~, pro se, ~~Esq., a representative of the Mental Hygiene Legal Service~~, and said application and exhibits annexed thereto and a report of the Mental Hygiene Legal Service having been read and filed and due deliberation having been had,

NOW, upon the facts presented and the testimony taken before me, it is hereby

**ORDER FOR RETENTION**

ORDERED, that the above named person is found to be mentally ill and in need of further care and treatment not to exceed _____ 6 months _____, and that the above named patient be retained at South Beach Psychiatric Center for such care and treatment until_____.

**ORDER FOR RELEASE** *(struck out)*

~~ORDERED, that the above named patient should be released for the following reasons:~~

-------------------------------------------------

Enter:
_____
J.S.C.
Hon. Orlando Marrazzo

*Strike out if inapplicable

SR 027

Supreme Court of the State of New York
<u>Appellate Division, Second Judicial Department</u>

South Beach Psychiatric Center

vs.

Alexander Soto
NYSID No. 08040366Q
Patient No. 107420

Notice of Motion No. 1

Appellate Division
Docket No.

---

PLEASE TAKE NOTICE that upon the annexed affidavit of Alexander Soto dated Wensday May 25, 2016 and the papers annexed thereto, the undersigned will move this court, at the courthouse thereof, located at Supreme Court of the State of New York, Appellate Division, 2nd Department, 45 Monroe Place, Brooklyn, NY 11201 on the 15 day of June 2016 at 9:30 o'clock in the forenoon of that date, or as soon thereafter as counsel may be heard, for an order granting the following releif:

1. Motion to Enlarge Time to File a late appeal
2. Motion for Poor Persons Status
3. Motion to unseal the record of the Supreme Court of the State of New York, County of Richmond, Docket No. 003032/2016
4. Motion to supply minutes, free of cost to defendant
5. Motion to assign counsel to assist me in the pro-se appeal of this case

Dated: Wensday May 25, 2016
Richmond County, New York

Alexander Soto
Alexander Soto
South Beach Psychiatric Center
Patient No. 107420 - Building 6 - Baltic
777 Seaview Avenue
Staten Island, NY 10305

TO: NYS Attorney General
120 Broadway, 25th Fl
New York, NY 10271-0332

patient phones
(718) 668-8124
(718) 668-8114

Supreme Court of the State of New York
County of Richmond
26 Central Avenue
Staten Island, NY 10301

Reginald Paul, Social worker
(718) 667-2419

pesonal email:
lxndri.soto@gmail.com

**SR 028**

Supreme Court of the State of New York
Appellate Division: Second Judicial Department

South Beach Psychiatric Center

vs.

Alexander Soto
NYSID No. 08040366Q
Patient No. 107420

Affidavit in Support of Motion No. 1

Appellate Division Docket No.

---

State of New York )
County of Richmond ) ss.:

I, Alexander Soto, being duly sworn, depose and say that,

1. **Motion to Enlarge Time to File a late Appeal:**

There are no law libraries at NYS Office of Mental Health psychiatric facilities. The Mental Hygiene Legal Service would not file an appeal on my behalf and, as employees of the state they are paid to lose their cases in either respect. South Beach Psychiatric Center during and after the proceedings was drugging me over objection already, using psychiatric drugs to cause duress which did not stop until after the statute of limitations expired and causing a late appeal, if any appeal at all.

2. **Motion for Poor Persons Status**

I, Alexander Soto, am the petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. In support of this application, I swear under penalty of perjury that

A. I am unemployed and have no account at South Beach Psychiatric Center

B. In the past 12 months, I have not received any income from any of these sources/business, profession or other self employment, rent payments, interest or dividends, pension, annuity, life insurance payments, gifts or inheritances, or any other sources. I have not received any worker compensation payments.

C. In the past 12 months I have received $700 dollars per month. These payments stopped in January 2016 as a direct result of being confined at South Beach Psychiatric Center.

D. I have approximately two thousand dollars in a savings account. The NYPD stole my passbook when they arrested me thereafter resulting in a block on my account. I do not have access to these funds as a result I do not have access to my checking account.

1 of 2

**SR 029**

E. I do not own any automobile, real estate, stock, bond, security, trust, jewelery, art works, or other financial instruments or thing of value, including any item of value held in someone else's name.

F. I do not have any housing or loan payments, I do pay transportation via public transit on a per use basis, and public phone, gasoline for my camping stove, and laundromat fees. I am homeless.

G. I do NOT have dependents or contribute to the support of anyone except myself

H. I do NOT have any debts or financial obligations.

3. Motion to unseal the record of Richmond County Supreme Court of the State of New York Docket No. 003032/2016. Obstruction of justice and committing fraud were the actual reasons for sealing the record. This is my case and I want the record unsealed enabling me to expose the crime taking place, such as Queens County District Attorney Richard Brown, himself was the judge in this proceeding, and another man also played the role of judge. Both of these men claiming to be Hon. Orlando Mazzaro of which no such person exists.

4. Motion to assign counsel to assist me in the pro-se prosecution of this appeal. There are no law libraries in NYS Office of Mental Health facilities. The Mental Hygiene Legal Service (MHLS) refuse to begin an appeal in this case. I am not a lawyer. To prosecute this case I need the assistance of counsel for my defense, particularly a law library. I do not have access to a notary or a photo copying machine. It is a burden to hand copy motion papers over and over and over again.

5. Motion to supply minutes free of cost to defendant. I am homeless and do not have the funds to pay for transcripts. I am not mentally ill.

Dated Wensday May 25, 2016
Richmond County, New York

Alexander Soto

2 of 2

**SR 030**

Supreme Court of the State of New York
<u>Appellate Division: Second Judicial Department</u>

South Beach Psychiatric Center

vs.

Alexander Soto
NYSID No. 08040366Q
Patient No. 107420

Affirmation of Service

Appellate Docket No.

---

I, Alexander Soto, am the petitioner in this case and declare under penalty of perjury;

On Wensday May 25, 2016 I placed a copy of a Notice of Appeal and supporting papers, in the mail system of South Beach Psychiatric Center and mailed it to:

1. NYS Attorney General, 120 Broadway, 25th fl, New York, NY 10271-0332
2. Supreme Court of the State of New York, Richmond County, 26 Central Ave, Staten Island, NY 10301

I declare under penalty of perjury all the statements made are true and based on pesonal observation and experience

Dated: Wensday May 25, 2016
Richmond County, New York

Alexander Soto

|  |
|---|
| **Matter of S. (Anonymous), Alexander** |
| Motion No: 2016-06498 |
| Slip Opinion No: 2016 NY Slip Op 84144(U) |
| Decided on August 31, 2016 |
| Appellate Division, Second Department, Motion Decision |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| This motion is uncorrected and is not subject to publication in the Official Reports. |

Supreme Court of the State of New York

Appellate Division: Second Judicial Department

M217520

J/sl

JOHN M. LEVENTHAL, J.P.

LEONARD B. AUSTIN

SANDRA L. SGROI

BETSY BARROS, JJ.

2016-06498

In the Matter of Alexander S. (Anonymous),

appellant; South Beach Psychiatric Center,

respondent.

DECISION & ORDER ON MOTION

(Index No. 3032/16)

Motion by the appellant pro se, inter alia, for leave to prosecute an appeal from an order of the Supreme Court, Richmond County, dated March 26, 2016, as a poor person and for the assignment of counsel.

Upon the papers filed in support of the motion and no papers having been filed in opposition or in relation thereto, it is

ORDERED that the branches of the motion which are for leave to prosecute the appeal as a poor person and for the assignment of counsel are granted; and it is further,

ORDERED that the appeal will be heard on the original papers (including a certified transcript of the proceedings, if any) and on the appellant's and the respondent's briefs. The parties are directed to file nine copies of their respective briefs and to serve one copy on each other; and it is further,

ORDERED that pursuant to statute (CPLR 1102[b]), the stenographer of the trial court shall make and certify two transcripts of the proceedings, if any, of the trial or hearing and shall deliver one to the appellant's attorney and file the other with an affidavit of the fact and date of such delivery and filing. Assigned counsel is directed to turn over said transcripts to the respondent when counsel serves the appellant's brief upon the respondent; and it is further,

ORDERED that payment of the filing fee is waived, and it is further,

ORDERED that pursuant to statute (Judiciary Law § 35), the following named attorney is assigned as counsel to prosecute the appeal:

Richard Langone, Esq.

c/o Langone & Associates, PLLC

600 Old Country Road, Suite 328

Garden City, NY 11530

and it is further,

ORDERED that if a trial or hearing was held, assigned counsel is directed to serve a copy of this order upon the Clerk of the Court from which the appeal is taken; and it is further,

ORDERED that the motion is otherwise denied.

LEVENTHAL, J.P., AUSTIN, SGROI and BARROS, JJ., concur.

ENTER:

Aprilanne Agostino

Clerk of the Court